# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                             CASE NO: 3:11-cr-70-J-20JRK

DEMETRIUS RICHARDO GALLOWAY

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF FINAL REVOCATION

This matter is before the Court on a Report and Recommendation Concerning Plea of Guilty by United States Magistrate James R. Klindt (Doc. No. 85), filed November 24, 2020.

This Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc. 85) and accepts Defendant's plea of guilty to Count(s) One through Four of the Superseding Petition, and Defendant is adjudged guilty of such offenses.

**FINAL REVOCATION** is hereby scheduled for **Wednesday, January 6, 2021, at 10:00 am**, before the Honorable Harvey E. Schlesinger, United States District Judge, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of December, 2020.

HARVEY E. SCHLESINGER
United States District Judge

Copy to:   David Rodney Brown, Esq.
           Maurice C. Grant, II, Esq.
           U.S. Marshal
           U.S. Probation
           Defendant (on bond)